No. 90–6393.   IN RE RUBINS.   Petition for writ of prohibition denied.

No. 90–693.   JOHNSON v. HOME STATE BANK.   C. A. 10th Cir. Certiorari granted.

No. 90–615.   PERETZ v. UNITED STATES.   C. A. 2d Cir.   Certiorari granted limited to the following questions:
"1. Does 28 U. S. C. § 636 permit a magistrate to conduct the *voir dire* in a felony trial if the defendant consents?
"2. If 28 U. S. C. § 636 permits a magistrate to conduct a felony trial *voir dire* provided that the defendant consents, is the statute consistent with Article III?
"3. If the magistrate's supervision of the *voir dire* in petitioner's trial was error, did the conduct of petitioner and his attorney constitute a waiver of the right to raise this error on appeal?"   Reported below: 904 F. 2d 34.

No. 90–762.   FREYTAG ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari granted.   In addition to the questions presented by the petition the parties are requested to brief and argue the following question: "Does a party's consent to have its case heard by a special tax judge constitute a waiver of any right to challenge the appointment of that judge on the basis of the Appointments Clause, Art. II, § 2, cl. 2?"

No. 90–95.   PUBLIC UTILITIES COMMISSION OF OHIO ET AL. v. CSX TRANSPORTATION, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–389.   BRAEN v. LAGANELLA ET AL.   C. A. 3d Cir. Certiorari denied.

No. 90–507.   BAILEY ET UX. v. EAST TEXAS PRODUCTION CREDIT ASSOC. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–535.   YUN v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.